UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LARRY GREGORY,

        Plaintiff,

v.

HMSHOST FAMILY RESTAURANTS, INC., and ABC COMPANIES, INC., 1-10, (names being fictitious)

        Defendants.

Civil Action No. 09-6132 (SDW)

**ORDER**

June 22, 2010

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Esther Salas filed May 20, 2010, regarding Defendant's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Maryland. Plaintiff opposes the motion. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 22nd day of June, 2010,

**ORDERED** that the R&R of Magistrate Judge Salas filed May 20, 2010, is **ADOPTED** as the conclusions of law of this Court; and it is further

Case 2:09-cv-06132-SDW-MCA   Document 10   Filed 06/23/10   Page 2 of 2 PageID: 95

**ORDERED** that Defendant's motion seeking to transfer venue to the District of Maryland (Docket Entry No. 5) is **GRANTED**.

<p style="text-align:right">s/ Susan D. Wigenton, U.S.D.J.</p>

cc:   Magistrate Judge Esther Salas